**2016–1515. Engelhart v. Hamilton Cty. Bd. of Commrs.**
Hamilton App. No. C–150639, 2016-Ohio-4935.
FRENCH, J., dissents.
FISCHER and DEWINE, JJ., not participating.

**2016–1520. CitiMortgage, Inc. v. Nyamusevya.**
Franklin App. No. 14AP–464, 2016-Ohio-5588.

**2016–1527. Raze Internatl., Inc. v. Southeastern Equip. Co., Inc.**
Jefferson App. No. 14 JE 0015, 2016-Ohio-5700.

**2016–1532. Ball v. MPW Indus. Servs., Inc.**
Licking App. No. 15–CA–89, 2016-Ohio-5744.

**2016–1536. Kravitz, Brown & Dortch, L.L.C. v. Klein.**
Franklin App. No. 16AP–200, 2016-Ohio-5594.

**2016–1545. State v. Cardwell.**
Franklin App. No. 15AP–1076, 2016-Ohio-5591.

**2016–1546. Cleveland v. Lowery.**
Cuyahoga App. No. 103722, 2016-Ohio-5626.

**2016–1548. State v. Speelman.**
Ashland App. No. 15–COA–045, 2016-Ohio-3409.

**2016–1550. State v. Williams.**
Hamilton App. No. C–150249, 2016-Ohio-5827.
O'NEILL, J., dissents.
FISCHER, J., not participating.

**2016–1555. State v. Machuca.**
Cuyahoga App. No. 103397, 2016-Ohio-5833.

**2016–1610. State v. Phillips.**
Franklin App. No. 15AP–1038, 2016-Ohio-5944.

**2016–1617. State v. Anderson.**
Franklin App. No. 15AP–1082, 2016-Ohio-5946.

**2016–1638. State v. Cummings.**
Cuyahoga App. No. 103892, 2016-Ohio-5931.

**2016–1732. State v. Roberts.**
Clark App. No. 2015–CA–104, 2016-Ohio-7327.

**2016–1769. State v. Brown.**
Richland App. No. 16CA15, 2016-Ohio-5893.

**2016–1773. Martin v. Martin.**
Trumbull App. No. 2015–T–0025, 2016-Ohio-7551.
O'DONNELL and KENNEDY, JJ., dissent.
FISCHER, J., dissents and would accept the appeal on proposition of law No. II.

**2016–1784. State v. Garner.**
Lake App. No. 2016–L–041, 2016-Ohio-5785.

**2016–1800. State v. Williams.**
Auglaize App. No. 2–16–08.

**2016–1801. State v. Handcock.**
Clark App. No. 2016–CA–3, 2016-Ohio-7096.

**2016–1816. State v. Cantrell.**
Montgomery App. No. 26975, 2016-Ohio-7623.